UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, AND :
APPRENTICESHIP, JOURNEYMAN RETRAINING, :   21-CV-1443 (JPC)
EDUCATIONAL AND INDUSTRY FUND *et al.*, :
: ORDER
Petitioners, :
:
-v- :
:
EARTH CONSTRUCTION CORP. :
:
Respondent. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Petitioners filed a Petition to Confirm an Arbitration Award in this action on February 18, 2021. (Dkt. 1.) Respondent was served on February 26, 2021, making its answer due by March 19, 2021. (Dkt. 8.) To date, Respondent has not appeared in this action nor answered the Petition.

Petitioners are ordered to request a Clerk's Certificate of Default or a status letter updating the Court on the status of this case by April 21, 2021.

SO ORDERED.

Dated: April 15, 2021
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                              United States District Judge