**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al.,

                Petitioners,

    -against-

EARTH CONSTRUCTION CORP.,

                Respondent.
-----------------------------------------------------------------X

21 **CIVIL** 1443 (JPC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 25, 2021, the Petition is granted. Judgment is entered in the amount of $673,936.64, which consists of the arbitration award of $672,439.14, attorney's fees of $1,422.50, and costs in the amount of $75. The Court also awards interest at a rate of 5.25% on the arbitration award from the date of that award, November 21, 2020, through the date of judgment in the amount of $32,788.32. Post-judgment interest will accrue at the statutory rate; accordingly, this case is closed.

**Dated:** New York, New York
         October 26, 2021

                                  **RUBY J. KRAJICK**
                                  _____
                                  **Clerk of Court**
                      BY:
                                  **Deputy Clerk**